# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Beckwith, Sandra S. | **2. Court or Organization**<br><br>U.S. District Court, Southern District of Ohio | **3. Date of Report**<br><br>05/05/2016 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Senior U.S. District Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |
| **7. Chambers or Office Address**<br><br>810 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed Antique Business |
| 2. 2015 | Ohio Police & Fire Pension |
| 3. 2015 | Ohio Public Employees Retirement System |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2. Procter & Gamble Common Stock | B | Dividend | K | T | | | | | |
| 3. Schlumberger Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 4. First American Gov't. Obligation Fund CL Y | A | Interest | L | T | | | | | |
| 5. Coca Cola Company Common Stock | B | Dividend | K | T | | | | | |
| 6. Unilever NV ADR Common Stock | B | Dividend | K | T | | | | | |
| 7. Apple Inc. Common Stock | B | Dividend | L | T | | | | | |
| 8. Touchstone Ohio Ins. Tx Free CD CIA | B | Dividend | M | T | Buy | 03/30/15 | K | | |
| 9. Touchstone Ohio Ins. Tx Free CD CIA | | | | | Buy (add'l) | 09/09/15 | L | | |
| 10. Duke Energy Holding Corp. Common Stock | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 11. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 12. First American Gov't. Obligation Fund CL Y | A | Interest | K | T | | | | | |
| 13. I Shares FTSE/Xinhua China 25 Index FD Common Stock | A | Dividend | | | Sold (part) | 03/18/15 | K | C | |
| 14. I Shares FTSE/Xinhua China 25 Index FD Common Stock | | | | | Sold | 09/10/15 | K | D | |
| 15. I Shares S&P Glbl Energy Sect. Common Stock | | None | | | Sold | 03/23/15 | K | D | |
| 16. 3M Co. Common Stock | B | Dividend | K | T | Sold (part) | 09/10/15 | J | C | |
| 17. Novartis Capital 2.900% 4/24/15 | B | Interest | | | Matured | 04/24/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer 5.350% 3/15/15 | C | Interest | | | Matured | 03/16/15 | L | | |
| 19. Touchstone High Yield Fd A Common Stock | D | Dividend | M | T | | | | | |
| 20. Procter & Gamble Common Stock | B | Dividend | K | T | | | | | |
| 21. Novartis AG ADR Common Stock | B | Dividend | L | T | | | | | |
| 22. American Water Works Co. Common Stock | B | Dividend | L | T | Sold (part) | 03/23/15 | J | C | |
| 23. Nestle SA Sponsored ADR Common Stock | B | Dividend | L | T | Sold (part) | 09/10/15 | J | B | |
| 24. Coca Cola Company Common Stock | | None | | | Sold | 03/23/15 | J | B | |
| 25. Union Pacific Corp. Common Stock | A | Dividend | K | T | | | | | |
| 26. Volkswagen AG Sponsored ADR Common Stock | | None | | | Sold | 03/09/15 | K | D | |
| 27. Discovery Communications C Common Stock | | None | | | Sold | 09/10/15 | K | | See Note in Part VIII |
| 28. Alphabet Inc. CL C Common Stock | | None | K | T | Sold (part) | 05/07/15 | K | | See Note in Part VIII |
| 29. Alphabet Inc. CL A Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 30. Chevron Common Stock | A | Dividend | K | T | | | | | |
| 31. China Mobile Limited ADR Common Stock | A | Dividend | K | T | | | | | |
| 32. Schlumberger Common Stock | A | Dividend | J | T | Sold (part) | 03/31/15 | J | A | |
| 33. Berkshire Hathaway Inc. CL B Common Stock | | None | K | T | | | | | |
| 34. Boeing Company Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cme Group Inc. Common Stock | A | Dividend | K | T | | | | | |
| 36. Touchstone Flexible Income Y 50% Stock 50% Bonds | D | Int./Div. | M | T | | | | | |
| 37. Maingate Mlpl Common Stock | B | Dividend | K | T | | | | | |
| 38. JP Morgan Chase Co. 6.125% Pfd. | B | Interest | K | T | Buy | 02/12/15 | K | | |
| 39. JP Morgan Chase Co. Common Stock | A | Dividend | K | T | Buy | 03/09/15 | J | | |
| 40. The Priceline Group Common Stock | | None | K | T | Buy | 03/09/15 | K | | |
| 41. Smead Value I1 | A | Dividend | K | T | Buy | 03/19/15 | K | | |
| 42. Qualcomm Inc. Common Stock | | None | | | Buy | 03/18/15 | J | | |
| 43. Qualcomm Inc. Common Stock | | | | | Sold | 04/17/15 | J | | See Note in Part VIII |
| 44. Abbott Laboratories Common Stock | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 45. Sempra Energy Common Stock | A | Dividend | K | T | Buy | 03/23/15 | K | | |
| 46. Medtronic Plc. Common Stock | A | Dividend | | | Buy | 03/23/15 | J | | |
| 47. Medtronic Plc. Common Stock | | | | | Sold | 12/10/15 | J | A | |
| 48. Eco Lab Inc. Common Stock | | None | | | Buy | 03/23/15 | J | | |
| 49. Eco Lab Inc. Common Stock | | | | | Sold | 04/17/15 | J | A | |
| 50. The Hershey Company Common Stock | A | Dividend | | | Buy | 03/23/15 | J | | |
| 51. The Hershey Company Common Stock | | | | | Sold | 09/10/15 | J | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. I Shares S&P India Nifty 50 Index Etf. | A | Dividend | K | T | Buy | 03/23/15 | K | | |
| 53. Concho Res. Inc. Common Stock | | None | J | T | Buy | 03/31/15 | J | | |
| 54. Edgewood Growth Fund Instl. C1 | B | Dividend | L | T | Buy | 06/22/15 | L | | |
| 55. Regeneron Pharmaceuticals Inc. Common Stock | | None | | | Buy | 07/21/15 | J | | |
| 56. Regeneron Pharmaceuticals Inc. Common Stock | | | | | Sold | 10/02/15 | J | | See Note in Part VIII |
| 57. Bank of America Corp. Common Stock | A | Dividend | K | T | Buy | 07/31/15 | K | | |
| 58. Touchstone Active Bond Instl. | A | Dividend | L | T | Buy | 09/09/15 | L | | |
| 59. Kroger Common Stock | A | Dividend | K | T | Buy | 09/04/15 | K | | |
| 60. Vanguard REIT Etf. | A | Dividend | K | T | Buy | 09/10/15 | K | | |
| 61. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 62. Nextera Energy Inc. Common Stock | A | Dividend | K | T | Sold (part) | 03/23/15 | J | D | |
| 63. First American Gov't. Obligation Fund CL Y | A | Interest | L | T | | | | | |
| 64. Celgene Corp. Common Stock | | None | K | T | Sold (part) | 03/23/15 | K | E | |
| 65. Celgene Corp Common Stock | | | | | Sold (part) | 03/31/15 | K | E | |
| 66. Celgene Corp. Common Stock | | | | | Sold (part) | 06/09/15 | K | E | |
| 67. McDonald's Corp. Common Stock | A | Dividend | | | Sold | 03/09/15 | L | E | |
| 68. Virginia Elec. & Power 5.250% 12/15/15 | C | Interest | | | Matured | 12/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Touchstone High Yield Fund Mutual Fund | D | Dividend | M | T | Sold (part) | 03/19/15 | J | | See Note in Part VIII |
| 70. Coca Cola Company Common Stock | A | Dividend | J | T | | | | | |
| 71. Johnson & Johnson Common Stock | B | Dividend | K | T | | | | | |
| 72. Novartis AG ADR Common Stock | A | Dividend | K | T | | | | | |
| 73. Union Pacific Corp. Common Stock | B | Dividend | K | T | | | | | |
| 74. Google Inc. CL A Common Stock | | None | K | T | Sold (part) | 03/18/15 | J | B | See Note in Part VIII |
| 75. Google Inc. CL A Common Stock | | None | | | Sold (part) | 05/05/15 | J | A | |
| 76. Google Inc. CL C Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 77. Lockheed Martin Corp. Common Stock | A | Dividend | K | T | | | | | |
| 78. Disney Walt Co. Common Stock | A | Dividend | J | T | | | | | |
| 79. Sysco Corp. Common Stock | A | Dividend | K | T | | | | | |
| 80. Unilever Plc Spsd Adv Common Stock | A | Dividend | K | T | | | | | |
| 81. OGE Energy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 82. JP Morgan Chase Co. Common Stock | A | Dividend | K | T | Buy | 03/09/15 | K | | |
| 83. The Priceline Group Inc. Common Stock | | None | K | T | Buy | 03/09/15 | K | | |
| 84. Schwab Charles Corp. Common Stock | A | Dividend | K | T | Buy | 03/23/15 | K | | |
| 85. Sanofi ADR Common Shares | A | Dividend | J | T | Buy | 03/23/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Smead Value I1 Common Stock | A | Dividend | K | T | Buy | 03/30/15 | K | | |
| 87. | Pall Corp. Common Stock | A | Dividend | | | Buy | 03/31/15 | J | | |
| 88. | Pall Corp. Common Stock | | | | | Sold | 08/31/15 | J | C | |
| 89. | Occidental Petroleum Corp. Common Stock | A | Dividend | | | Buy | 03/31/15 | J | | |
| 90. | Occidental Petroleum Corp. Common Stock | | | | | Sold | 10/02/15 | J | | See Note in Part VIII |
| 91. | Biogene Inc. Common Stock | | None | K | T | Buy | 10/09/15 | K | | |
| 92. | Starbucks Common Stock | A | Dividend | L | T | Sold (part) | 03/23/15 | J | D | |
| 93. | Mondelez International WI Common Stock | | None | J | T | Buy | 11/16/15 | J | | |
| 94. | Fifth Third Bank Savings | A | Interest | L | T | | | | | |
| 95. | Fifth Third Bank Checking | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 1, 11 & 61 are account headers.

Items 2 through 10 are the U.S. Bank Portfolio.

Items 12 through 60 are the U.S. Bank IRA I.

Items 62 through 92 are the U.S. Bank IRA III.

Items 8 and 9 reference different transactions in the same stock holding.

Items 13 and 14 reference different transactions in the same stock holding.

Items 27, 42, 50, 56 and 69 were sold at losses.

Items 28 and 29 were listed on the 2014 Financial Disclosure Report as Item 27, Google Inc. CL A and CL C Common Stock.

Item 28 - This item is now divided into two classes of shares under new names as of 10/25/16:

Alphabet Inc. CL A

Alphabet Inc. CL C

They will be listed separately in the future.

Google CL C - Fractional share received 5/5/15 and sold 5/7/15.

Items 42 and 43 reference different transactions in the same stock holding.

Items 46 and 47 reference different transactions in the same stock holding.

Items 48 and 49 reference different transactions in the same stock holding.

Items 50 and 51 reference different transactions in the same stock holding.

Items 55 and 56 reference different transactions in the same stock holding.

Items 64, 65 and 66 reference different transactions in the same stock holding.

Items 74 and 75 reference different transactions in the same stock holding.

Items 74 and 75 have undergone name changes, respectively, as of 10/5/15:

Alphabet Inc. CL A

Alphabet Inc. CL C

They will be listed separately in the future.

Items 74 and 75 were formerly Google Inc. CL A and CL C listed on the 2014 Financial Disclosure Report as Item 48.

Items 87 and 88 reference different transactions in the same stock holding.

Items 89 and 90 reference different transactions in the same stock holding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Beckwith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544